IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

RICKY PAUL )
)
v. ) NO: 2:12-0113
)
W.B. MELTON, et al. )

**O R D E R**

The Defendants' motion (Docket Entry No. 37) to amend the scheduling order and extend the deadline for the filing of dispositive motions is GRANTED. As the Defendants correctly point out in their motion, the Court, by Order entered June 21, 2013 (Docket Entry No. 35), granted the plaintiff leave to file an amended complaint and gave the Defendants until July 9, 2013, to file a response to the amended complaint. Accordingly, it is appropriate to modify the scheduling order as follows:

1. the deadline for the filing of dispositive motions is extended to August 2, 2013; and

2. the evidentiary hearing currently set for August 15, 2013, is rescheduled for **9:00 a.m., Wednesday, September 11, 2013.**

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

The Clerk is directed to send a copy of this Order to the plaintiff by regular, first class mail (only).

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge