IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

RICKY PAUL )
 )
v. ) NO: 2:12-0113
 )
W.B. MELTON, et al. )

**O R D E R**

The Order entered July 2, 2013, Docket Entry No. 38, is hereby AMENDED only as to the new date for the evidentiary hearing.

The evidentiary hearing currently set for September 11, 2013, is rescheduled for **9:00 a.m., Thursday, September 12, 2013.**

The Clerk is directed to send a copy of this Order to the plaintiff by regular, first class mail (only).

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge