UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| RICKY PAUL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-0113 |
| | ) | Judge Sharp |
| W.B. MELTON, *et al.* | ) | |

## ORDER

In this civil rights suit arising from Plaintiff's alleged mistreatment at the Overton County Justice Center, Magistrate Judge Griffin has entered a Report and Recommendation (Docket No. 60), recommending that Defendants' unopposed Motion for Summary Judgment (Docket No. 53) be granted, that this case be dismissed with prejudice, and that any appeal not be certified as taken in good faith. Despite specifically being advised in the Report and Recommendation that any objections were to be filed within fourteen days of service, Plaintiff has filed none.

Having undertaken the *de novo* review required by Rule 72(b) of the Federal Rules of Civil Procedure, and having considered the record as a whole, the Court agrees with the recommended disposition. Accordingly, the Court rules as follows:

(1) The Report and Recommendation (Docket No. 60) is hereby ACCEPTED and APPROVED;

(2) Defendants' Motion for Summary Judgment (Docket No. 53) is hereby GRANTED;

(3) This case is hereby DISMISSED WITH PREJUDICE; and

(4) In accordance with 28 U.S.C. § 1915(a)(3), any appeal of this decision would not be taken in good faith.

The Clerk of the Court shall judgment on a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE